IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT NEVILLE

    Plaintiff,

v.                                          CASE NO. 1:12-cv-166-SPM-GRJ

COUNTY COURT OF ALACHUA COUNTY, et al.,

    Defendants.
_____/

## O R D E R

Pending before the Court is Plaintiff's *pro se* Complaint. (Doc. 1.) The Court takes judicial notice of the fact that the records of the Alachua County Jail indicate that Plaintiff is currently incarcerated. Plaintiff did not file his Complaint on the civil rights complaint form to be used by prisoners in actions under 42 U.S.C. § 1983. Plaintiff also failed to file a request for leave to proceed as a pauper or pay the $350 filing fee. Accordingly, it is hereby **ORDERED:**

    **1.** Plaintiff shall file a notice as to his current custody status on or before **August 2, 2012**.

    **2.** The **Clerk** is directed to send Plaintiff a blank civil rights complaint form for prisoner litigants for actions arising under 42 U.S.C. § 1983 and a blank motion to proceed *in forma pauperis* for use by a prisoner.

    **3.** Plaintiff shall fill out the complaint form in full and file it with the Clerk on or before **August 20, 2012.** The amended complaint will completely replace the original complaint. Plaintiff shall also file an identical service copy of the amended complaint for each defendant**.**

    **4.** Plaintiff shall either (1) file a motion to proceed *in forma pauperis* **or** (2) pay the $350 filing fee on or before **August 20, 2012.**

    **5.** Failure to comply with this order within the allotted time will result in a

recommendation that this case be dismissed.

**DONE AND ORDERED** this 19th day of July 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge