IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT NEVILLE

    Plaintiff,

v.                                        CASE NO. 1:12-cv-166-SPM-GRJ

COUNTY COURT OF ALACHUA COUNTY, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Petitioner initiated this case by filing a hand-written complaint against Judge Peter Seig, Judge David Kreider, the County Court of Alachua County, and the Circuit Court for the Eighth Judicial Circuit. (Doc. 1.) The Complaint was not written on the Court's form, and Plaintiff did not file a motion to proceed as a pauper. Nor did he pay the filing fee. While Plaintiff's Complaint was almost illegible, he appears to claim that the defendants violated his constitutional rights because the Defendant judges ruled against him in certain pending motions. At the time that Plaintiff filed the Complaint, he was incarcerated at the Alachua County Jail. Accordingly, the Court directed him to file a notice regarding his incarceration status, and directed him to file an amended complaint and motion to proceed as a pauper. (Doc. 3.) The Court's Orders were returned as undeliverable. (Docs. 4, 5, 6.) To date, Plaintiff has not filed an amended complaint nor a motion to proceed as a pauper, and has not filed any papers in this case since July 18, 2012.

Plaintiff's original Complaint also fails to state a claim upon which relief can be

granted. The County Court and Circuit Court are not appropriate defendants in this case. Furthermore, Plaintiff is suing two state court judges for damages. It is well-settled law that judges are "entitled to absolute judicial immunity from damages for those acts taken while acting in their judicial capacity unless they acted in the clear absence of all jurisdiction." *Bolin v. Story*, 225 F. 3d 1234, 1239 (11th Cir. 2000) (internal citations omitted). Absolute judicial immunity applies to all of a judge's judicial actions, even if "the judge's acts are in error, malicious, or were in excess of his or her jurisdiction." *Id.* Plaintiff's claims against Judge Sieg and Judge Krieder should therefore be dismissed on the basis of judicial immunity.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court, for failure to prosecute, and for failure to state a claim upon which relief can be granted.

**IN CHAMBERS**, at Gainesville, Florida, this 19th day of March 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**