# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**ROBERT NEVILLE,**

    **Plaintiff,**

v.                                                **CASE NO. 1:12-cv-166-MW/GRJ**

**COUUNTY COURT OF ALACHUA COUNTY, et al.,**

    **Defendants.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.7, filed March 19, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation **is accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "The case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the Court, for failure to prosecute, and for failure to state a claim upon which relief may be

granted." The Clerk shall close the file.

SO ORDERED on May 1, 2013.

                                                                                        s/Mark E. Walker  
                                                                                        United States District Judge